CAROL A. DOYLE
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZAROVSKY, PETER | § | Case No. 10-35624 |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/09/2010 . The undersigned trustee was appointed on 08/09/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $        44,004.23

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 46.52 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]        $        43,957.71

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 01/25/2011 and the deadline for filing governmental claims was 01/25/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,150.42 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,150.42 , for a total compensation of $ 5,150.42 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/07/2011        By:/s/PHILIP V. MARTINO
                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

Page: 1
Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

0/1/2010

| Case No: | 10-35624 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | ZAROVSKY, PETER | | | Date Filed (f) or Converted (c): | 08/09/10 (f) |
| | | | | 341(a) Meeting Date: | 10/06/10 |
| For Period Ending: 07/07/11 | | | | Claims Bar Date: | 01/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Townhouse; 2773 The Mews, Northbrook | 360,000.00 | 0.00 | | 0.00 | FA |
| 2. Currency | 50.00 | 0.00 | | 0.00 | FA |
| 3. Furniture and Appliances | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 5. JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 6. Term Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 7. IRA ACCOUNT | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. 100% SHAREHOLDER OF COMFORT TEMPERATURE | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. FIXTURES AND EQUIPMENT | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. SAFETY DEPOSIT BOX CONTENTS (u) | 0.00 | 44,000.00 | | 44,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.23 | Unknown |
| TOTALS (Excluding Unknown Values) | $371,950.00 | $44,000.00 | | $44,004.23 | $0.00 |
| | | | | Gross Value of Remaining Assets | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

$44,000 cash in safe deposit box turned over to trustee per court order. Special counsel to file fee application, claims to be reviewed and final report to be prepared in February 2011.

Initial Projected Date of Final Report (TFR): 03/01/11    Current Projected Date of Final Report (TFR): 07/01/11

LFORM1    **UST Form 101-7-TFR (10/1/2010)** *(Page: 3)*    Ver: 16.02b

Page: 1
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-35624 -CAD
Case Name: ZAROVSKY, PETER
Taxpayer ID No: ********1420
For Period Ending: 07/07/11

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0616  BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/22/10 | 10 | Peter Zarovsky | Cash found in deposit box | 1229-000 | 44,000.00 | | 44,000.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 44,000.18 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.12 | | 44,001.30 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.12 | | 44,002.42 |
| 02/14/11 | 000301 | International Sureties, Ltd. | pro rata share of blanket bond prem | 2300-000 | | 46.52 | 43,955.90 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 43,956.24 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.37 | | 43,956.61 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 43,956.97 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.38 | | 43,957.35 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 43,957.71 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 44,004.23 | 46.52 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 44,004.23 | 46.52 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 44,004.23 | 46.52 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS BofA - Money Market Account - ********0616 | 44,004.23 | 46.52 | 43,957.71 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |
| | 44,004.23 | 46.52 | 43,957.71 |
| | | Total Funds On Hand | |

Page Subtotals    44,004.23    46.52

UST Form 101-7-TFR (10/1/2010) (Page: 4)    Ver: 16.02b
LFORM24

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-35624 | | Page 1 | | Date: July 07, 2011 |
| Debtor Name: | ZAROVSKY, PETER | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-60 | Jeffrey W. Finke | Administrative | | $2,149.46 | $0.00 | $2,149.46 |
| 001 3110-00 | Quarles & Brady LLP | Administrative | | $2,788.50 | $0.00 | $2,788.50 |
| 000001 070 7100-00 | Albany Bank and Trust Company<br>Brenda Helms<br>3400 W Lawrence Ave<br>Chicago, IL 60625 | Unsecured | | $3,878,592.85 | $0.00 | $3,878,592.85 |
| 000002 070 7100-00 | Foster Bank<br>5225 N. Kedzie Ave.<br>Chicago, IL 60625 | Unsecured | | $49,576.00 | $0.00 | $49,576.00 |
| 000003 070 7100-00 | Great America Leasing Corporation<br>POB 609<br>Cedar Rapids, IA 52406 | Unsecured | | $13,076.38 | $0.00 | $13,076.38 |
| 000004 070 7100-00 | Albany Bank and Trust Company<br>Brenda Helms<br>3400 W Lawrence Ave<br>Chicago, IL 60625 | Unsecured | | $3,560,453.00 | $0.00 | $3,560,453.00 |
| | Case Totals: | | | $7,506,636.19 | $0.00 | $7,506,636.19 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-35624
Case Name: ZAROVSKY, PETER
Trustee Name: PHILIP V. MARTINO

Balance on hand $ 43,957.71

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 5,150.42 | $ 0.00 | $ 5,150.42 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 2,788.50 | $ 0.00 | $ 2,788.50 |
| Other: Jeffrey W. Finke | $ 2,120.00 | $ 0.00 | $ 2,120.00 |
| Other: Jeffrey W. Finke | $ 29.46 | $ 0.00 | $ 29.46 |

Total to be paid for chapter 7 administrative expenses     $ 10,088.38
Remaining Balance     $ 33,869.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,501,698.23  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Albany Bank and Trust Company | $ 3,878,592.85 | $ 0.00 | $ 17,511.41 |
| 000002 | Foster Bank | $ 49,576.00 | $ 0.00 | $ 223.83 |
| 000003 | Great America Leasing Corporation | $ 13,076.38 | $ 0.00 | $ 59.04 |
| 000004 | Albany Bank and Trust Company | $ 3,560,453.00 | $ 0.00 | $ 16,075.05 |

Total to be paid to timely general unsecured creditors      $              33,869.33

Remaining Balance                                           $                   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE