CAROL A. DOYLE
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZAROVSKY, PETER | § | Case No. 10-35624 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET, ROOM 713
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/18/2011 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/07/2011          By: Clerk of the Bankruptcy Court
                                       Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
ZAROVSKY, PETER § Case No. 10-35624
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 44,004.23 |
| and approved disbursements of | $ | 46.52 |
| leaving a balance on hand of[1] | $ | 43,957.71 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 5,150.42 | $ 0.00 | $ 5,150.42 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 2,788.50 | $ 0.00 | $ 2,788.50 |
| Other: Jeffrey W. Finke | $ 2,120.00 | $ 0.00 | $ 2,120.00 |
| Other: Jeffrey W. Finke | $ 29.46 | $ 0.00 | $ 29.46 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 10,088.38 |
| Remaining Balance | $ 33,869.33 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,501,698.23 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Albany Bank and Trust Company | $ 3,878,592.85 | $ 0.00 | $ 17,511.41 |
| 000002 | Foster Bank | $ 49,576.00 | $ 0.00 | $ 223.83 |
| 000003 | Great America Leasing Corporation | $ 13,076.38 | $ 0.00 | $ 59.04 |
| 000004 | Albany Bank and Trust Company | $ 3,560,453.00 | $ 0.00 | $ 16,075.05 |
| | Total to be paid to timely general unsecured creditors | | $ | 33,869.33 |
| | Remaining Balance | | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

        Prepared By: /s/Philip V. Martino
                  Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 10-35624-CAD
Peter Zarovsky                                                   Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0752-1           User: choward               Page 1 of 1                  Date Rcvd: Jul 08, 2011
                               Form ID: pdf006             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2011.
 db           +Peter Zarovsky,   2773 The Mews,   Northbrook, IL 60062-2617
 aty          +David Freydin,   Law Offices of David Freydin Ltd,   4433 West Touhy Suite 405,
               Lincolnwood, IL 60712-1828
 aty           Jeffrey W Finke,   Law Office of Jeffrey W. Finke,   55 West Wacker Drive,   Suite 1400,
               Chicago, IL  60601-1799
 aty           Shannon F OBoye,   Quarles & Brady LLP,   300 N LaSalle St Suite 4000,   Chicago, IL  60654
 tr            Philip V Martino, ESQ,   Quarles & Brady,   300 N. LaSalle,   Suite 4000,   Chicago, IL  60654
16433744      +Albany Bank and Trust Company,   Brenda Helms,   3400 W Lawrence Ave,   Chicago, IL 60625-5104
15973564      +Albany Bank and Trust Company,   c/o Jeffrey W. Finke,   55 West Wacker Drive, Suite 1400,
               Chicago, IL 60601-1799
15973567      +Bank of America Home Loans,   AZ1-807-01-19,   1515 W. 14th St.,   Tempe, AZ 85281-6910
15973568      +Beyer Family LP,   200 Milwaukee,   Buffalo Grove, IL 60089-2812
15973569       Citi Cards,   PO Box 6077,   Sioux Falls, SD 57117-6077
15973572      +EAG Capital Holdings, Inc.,   3100 Dundee Road, Suite 107,   Northbrook, IL 60062-2462
15973573      +ECD-Lincolnshire Retail LLC,   c/o Mitchell D. Goldsmith,   111 E. Wacker Drive, Suite 2800,
               Chicago, IL 60601-4277
15973574      +Emil Kogan,   6248 Pine Tree Drive,   Lake Zurich, IL 60047-5176
16461945      +Ervin Kogan,   6248 Pine Tree Drive,   Lake zurich, IL 60047-5176
15973575      +Foster Bank,   5225 N. Kedzie Ave.,   Chicago, IL 60625-4755
15973576      +Gene Lurie,   561 Rivershire Place,   Lincolnshire, IL 60069-3813
16549537      +Great America Leasing Corporation,   POB 609,   Cedar Rapids, IA 52406-0609
16461946      +Great America Leasing Corporation,   625 First Street SE,   Cedar Rapids, IA 52401-2030
15973577      +Joseph Pollina,   c/o David Bohrer,   450 SKOKIE BLVD #502,   Northbrook, IL 60062-7913
15973578      +Law Offices of Leon Zelechowski,   111 West Washington, Suite 1051,   Chicago, IL 60602-2741
15973579       Roman Krochak,   2620 W. Chicago,   Chicago, IL 60622
15973580      +Sveta Fedonina,   369 Dogwood,   Buffalo Grove, IL 60089-1818
15973581      +Valentin Kvaterman,   1277 S. Christine,   Vernon Hills, IL 60061-3605
16461947       +sheet Metal Worker Intl Association,   4550 Roosevelt Road,   Hillside, IL 60162-2053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*          Philip V Martino, ESQ,   Quarles & Brady,   300 N. LaSalle,   Suite 4000,   Chicago, IL  60654
15973566*     +Albany Bank and Trust Company,   c/o Jeffrey W. Finke,   55 West Wacker Drive, Suite 1400,
               Chicago, IL 60601-1799
15973565*     +Albany Bank and Trust Company,   c/o Jeffrey W. Finke,   55 West Wacker Drive, Suite 1400,
               Chicago, IL 60601-1799
15973570*      Citi Cards,   PO Box 6077,   Sioux Falls, SD 57117-6077
15973571*      Citi Cards,   PO Box 6077,   Sioux Falls, SD 57117-6077
15973582     ##+Victoria Ganyuchenko,   104 Indian Meadow,   Vernon Hills, IL 60061-2902
                                                                                         TOTALS: 0, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2011**                **Signature:**   *Joseph Speetjens*