CAROL A. DOYLE
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
ZAROVSKY, PETER § Case No. 10-35624
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:            Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:       Claims Discharged
                      Without Payment:

Total Expenses of Administration:

---

  3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES<br>    AND CHARGES<br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>    ADMIN. FEES AND<br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED<br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/PHILIP V. MARTINO_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America Home Loans AZ1-807-01-19 1515 W. 14th St. Tempe, AZ 85281 |  |  |  |  |  |
|  | Foster Bank 5225 N. Kedzie Ave. Chicago, IL 60625 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| QUARLES & BRADY LLP | | | | | |
| JEFFREY W. FINKE | | | | | |
| JEFFREY W. FINKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Albany Bank and Trust Company c/o Jeffrey W. Finke 55 West Wacker Drive, Suite 1400 Chicago, IL 60601 | | | | | |
| | Albany Bank and Trust Company c/o Jeffrey W. Finke 55 West Wacker Drive, Suite 1400 Chicago, IL 60601 | | | | | |
| | Albany Bank and Trust Company c/o Jeffrey W. Finke 55 West Wacker Drive, Suite 1400 Chicago, IL 60601 | | | | | |
| | Beyer Family LP 200 Milwaukee Buffalo Grove, IL 60089 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Cards PO Box 6077 Sioux Falls, SD 57117-6077 | | | | | |
| | Citi Cards PO Box 6077 Sioux Falls, SD 57117-6077 | | | | | |
| | Citi Cards PO Box 6077 Sioux Falls, SD 57117-6077 | | | | | |
| | EAG Capital Holdings, Inc. 3100 Dundee Road, Suite 107 Northbrook, IL 60062 | | | | | |
| | ECD-Lincolnshire Retail LLC c/o Mitchell D. Goldsmith 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | | | | |
| | Emil Kogan 6248 Pine Tree Drive Lake Zurich, IL 60047 | | | | | |
| | Gene Lurie 561 Rivershire Place Lincolnshire, IL 60069 | | | | | |
| | Joseph Pollina c/o David Bohrer 450 SKOKIE BLVD #502 Northbrook, IL 60062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Law Offices of Leon Zelechowski 111 West Washington, Suite 1051 Chicago, IL 60602 | | | | | |
| | Roman Krochak 2620 W. Chicago Chicago, IL 60622 | | | | | |
| | Sveta Fedonina 369 Dogwood Buffalo Grove, IL 60089 | | | | | |
| | Valentin Kvaterman 1277 S. Christine Vernon Hills, IL 60061 | | | | | |
| | Victoria Ganyuchenko 104 Indian Meadow Vernon Hills, IL 60061 | | | | | |
| 000001 | ALBANY BANK AND TRUST COMPANY | | | | | |
| 000004 | ALBANY BANK AND TRUST COMPANY | | | | | |
| 000002 | FOSTER BANK | | | | | |
| 000003 | GREAT AMERICA LEASING CORPORATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-35624 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | ZAROVSKY, PETER | | | Date Filed (f) or Converted (c): | 08/09/10 (f) |
| | | | | 341(a) Meeting Date: | 10/06/10 |
| For Period Ending: | 09/15/11 | | | Claims Bar Date: | 01/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Townhouse; 2773 The Mews, Northbrook | 360,000.00 | 0.00 | | 0.00 | FA |
| 2. Currency | 50.00 | 0.00 | | 0.00 | FA |
| 3. Furniture and Appliances | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 5. JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 6. Term Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 7. IRA ACCOUNT | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. 100% SHAREHOLDER OF COMFORT TEMPERATURE | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. FIXTURES AND EQUIPMENT | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. SAFETY DEPOSIT BOX CONTENTS (u) | 0.00 | 44,000.00 | | 44,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.82 | Unknown |

TOTALS (Excluding Unknown Values) | $371,950.00 | $44,000.00 | | $44,004.82 | $0.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/01/11   Current Projected Date of Final Report (TFR): 07/01/11

LFORM1   Ver: 16.02b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-35624 -CAD | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | ZAROVSKY, PETER | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0616  BofA - Money Market Account |
| Taxpayer ID No: | *******1420 | | |
| For Period Ending: | 09/15/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/22/10 | 10 | Peter Zarovsky | Cash found in deposit box | 1229-000 | 44,000.00 | | 44,000.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 44,000.18 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.12 | | 44,001.30 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.12 | | 44,002.42 |
| 02/14/11 | 000301 | International Sureties, Ltd. | pro rata share of blanket bond prem | 2300-000 | | 46.52 | 43,955.90 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 43,956.24 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.37 | | 43,956.61 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 43,956.97 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.38 | | 43,957.35 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 43,957.71 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.37 | | 43,958.08 |
| 08/19/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 43,958.30 |
| 08/19/11 | | Transfer to Acct #*******0807 | Final Posting Transfer | 9999-000 | | 43,958.30 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 44,004.82 | 44,004.82 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 43,958.30 | |
| Subtotal | | 44,004.82 | 46.52 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 44,004.82 | 46.52 | |

Page Subtotals      44,004.82      44,004.82

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35624 -CAD | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | ZAROVSKY, PETER | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0807 BofA - Checking Account |
| Taxpayer ID No: | *******1420 | | |
| For Period Ending: | 09/15/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/19/11 | | Transfer from Acct #*******0616 | Transfer In From MMA Account | 9999-000 | 43,958.30 | | 43,958.30 |
| 08/19/11 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 5,150.42 | 38,807.88 |
| 08/19/11 | 003002 | Jeffrey W. Finke | Special Counsel for Trustee Fees<br>Fees 2,120.00<br>Expenses 29.46 | <br>3210-600<br>3220-610 | | 2,149.46 | 36,658.42 |
| 08/19/11 | 003003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,788.50 | 33,869.92 |
| 08/19/11 | 003004 | Albany Bank and Trust Company<br>Brenda Helms<br>3400 W Lawrence Ave<br>Chicago, IL 60625 | Claim 000001, Payment 0.45150% | 7100-000 | | 17,511.72 | 16,358.20 |
| 08/19/11 | 003005 | Foster Bank<br>5225 N. Kedzie Ave.<br>Chicago, IL 60625 | Claim 000002, Payment 0.45149% | 7100-000 | | 223.83 | 16,134.37 |
| 08/19/11 | 003006 | Great America Leasing Corporation<br>POB 609<br>Cedar Rapids, IA 52406 | Claim 000003, Payment 0.45150% | 7100-000 | | 59.04 | 16,075.33 |
| 08/19/11 | 003007 | Albany Bank and Trust Company<br>Brenda Helms<br>3400 W Lawrence Ave<br>Chicago, IL 60625 | Claim 000004, Payment 0.45150% | 7100-000 | | 16,075.33 | 0.00 |

Page Subtotals 43,958.30 43,958.30

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35624 -CAD | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | ZAROVSKY, PETER | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0807 BofA - Checking Account |
| Taxpayer ID No: | *******1420 | | |
| For Period Ending: | 09/15/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 43,958.30 | 43,958.30 | 0.00 |
| Less: Bank Transfers/CD's | 43,958.30 | 0.00 | |
| Subtotal | 0.00 | 43,958.30 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 43,958.30 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********0616 | 44,004.82 | 46.52 | 0.00 |
| BofA - Checking Account - ********0807 | 0.00 | 43,958.30 | 0.00 |
| | 44,004.82 | 44,004.82 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*